BERGER-TILLES LEASING CORP., Respondent, v. YORK ASSOCIATES, INC., et al., Appellants.—

1134

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.